UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80059-CIV-HURLEY/HOPKINS

RAJESH PERSAD,

     Plaintiff,

CLOSED CASE

vs.

NAAIAN INVESTMENT, LLC, et al.,

     Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT, DISMISSING COMPLAINT WITH PREJUDICE, AND CLOSING CASE

**THIS CAUSE** is before the court upon the parties' joint motion for approval of settlement agreement and stipulation for dismissal with prejudice of this FLSA case [DE # 18].

Having reviewed the stipulation and the proposed settlement agreement, it is hereby **ORDERED** and **ADJUDGED** that:

1.     The joint motion for approval of settlement agreement [DE # 18] is **GRANTED.** The proposed settlement agreement [DE # 18-2] is **APPROVED**.

2.     All claims in this matter are **DISMISSED WITH PREJUDICE.**

3.     All motions not otherwise ruled upon are **DENIED AS MOOT.**

4.     There being nothing further for the court to resolve, the Clerk of the Court is directed to mark this case as **CLOSED.**

5.     The court retains jurisidiction over the matter for the limited purpose of enforcing the terms of the parties' settlement agreement.

Order Approving Settlement Agreement, Dismissing Complaint with Prejudice, and Closing Case
Persad v. Naaian Investment, LLC et al.
Case No. 08-80059-CIV-HURLEY/HOPKINS

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __16__ day of May,

2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*

2